DOC NO
REC'D/FILED
2021 FEB 16 AM 10: 41
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# ATTACHMENT 1

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** WESTERN **DISTRICT OF** WISCONSIN

(Full name of plaintiff(s))

Michael Coder

vs

Case Number:

(to be supplied by clerk of court)

(Full name of defendant(s))

Sauk County Jail
Deputy Christopher Giese
Deputy Papara
Deputy Zibell

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State), and is located at 1300 Lange Ct. Baraboo, Wi 53913 (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Deputy Christopher Giese
is a citizen of the State of Wisconsin
and works at Sauk County Jail 1300 Lange Ct. Baraboo, WI 53913
and worked for Sauk County Jail 1300 Lange Ct. Baraboo, WI 53913

2. Defendant Deputy Papara
is a citizen of the State of Wisconsin
and works ~~at~~ Sauk County Jail 1300 Lange Ct Baraboo, WI 53913
and worked for Sauk County Jail 1300 Lange Ct. Baraboo, WI 53913

2. Defendant Deputy Zibell
is a citizen of the State of Wisconsin
and works at Sauk County Jail 1300 Lange Ct. Baraboo WI. 53913

2. Defendant Sauk County Jail (Name)

is (if a person or private corporation) a citizen of Wisconsin (State, if known)

and (if a person) resides at ______ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Sauk County Jail 1300 Lange Ct. Baraboo, WI 53913 (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On May 23, 2020 My 8th Admendment was violated by Sauk County Jail Deputies. Deputy Zibell tazed me without warning me before he tazed me. While being tazed Deputy Giese used extra force to bring me to the floor as well. Deputy Giese also tazed me while in restraints in a restraining chair. He (Deputy Giese) also while in the chair he applied a pressure point hold

under my chin, feeling like he was trying to lift me out my seat by my chin. I was also threatened by a Deputy that I would be tazzed again if I didn't open my legs apart. Deputy Papura went between my legs and put his hand to my anus and retrieved a baggie from my anus which caused my anus to bleed for like a week. I believe this is called a cavity search.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $____________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the threat to a law enforcement officer charge dismissed. I'm also seeking compensatory damages and punitive damages in excess of 1.2 million dollars.

## E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 11 day of Feb. 2021.

Respectfully Submitted,

Mike Coder
Signature of Plaintiff

43489
Plaintiff's Prisoner ID Number

1300 Lange Ct.
Baraboo, Wisc. 53913
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.