Mike Coder
1300 Lange Ct.
Sauk Co. Jail
Baraboo Wi. 53913

MILWAUKEE WI
12 FEB 2021 PM

PURPLE HEART FOREVER USA

USA ★ FOREVER

SCANNED

United States District Court
120 North Henry St. Room 32
Madison Wisconsin 53703

53703-255995