IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL CODER,

    Plaintiff,

v.

SAUK COUNTY JAIL, et al.

    Defendants.

ORDER

21-cv-109-wmc

---

This order memorializes the court's rulings during today's telephonic hearing in which plaintiff Coder appeared *pro se* and defendants appeared by attorneys Brianna Meyer and Timothy Johnson.

For reasons stated on the record, defendants' emergency motion to compel and sanctions (dkt. #66) it is GRANTED IN PART as to compelling Coder to sit for a video deposition and answer properly framed questions via Zoom on Wednesday, August 9, tentatively at 8:00 a.m., pending further order of the court. The clerk of court will send out Zoom invitations in advance of the hearing, although defendants remain responsible for making arrangements for a court reporter to transcribe the deposition, which the court will monitor.

The court DENIED IN PART the portion of that motion seeking sanctions against Coder as a *pro se* litigant for the reasons explained more fully during the hearing and without prejudice to defendants seeking ordinary costs related to the discontinued deposition should defendants ultimately prevail in this case.

Discovery is also reopened for that limited purpose, and for defendants to: (1) turn over photographs of the four sides of the restraint chair in which Coder was placed or produce the actual chair at trial; and (2) respond to Coder's most recent discovery request,

if possible, by Tuesday, August 8. In addition, Coder's motion for assistance in recruiting counsel (dkt. #69) is DENIED without prejudice, subject to renewal after completion of his deposition.

Finally, the initial deadline for pretrial submissions is extended to Monday, August 7, 2023, with responses due Monday, August 21, 2023, while the remaining pretrial deadlines, pretrial conference on Friday, September 1st and the September 11th trial date remain in place.

Entered this 3rd day of August, 2023.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge