# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 9/12/2023 DAY: Tuesday START TIME: 8:34 AM TOTAL HOURS: 1'30"

JUDGE/MAG.: WMC CLERK: NLN REPORTER: PH

PROBATION OFFICER: ________ INTERPRETER: ________ SWORN: YES ☐ NO ☐

CASE NUMBER: 21-cv-109-wmc CASE NAME: Michael Coder v. Christopher Giese, et al.

**APPEARANCES:**

PLAINTIFF(S): Michael Coder

DEFENDANT(S): Christopher Giese, Blake Zibell
Attorney Brianna Meyer
Attorney Timothy Johnson

**PROCEEDINGS:** Second Day of Jury Trial

Closing instructions, closings arguments by the parties, deliberation instructions, jury deliberation, partial verdict in favor of defendant Blake Zibell (Question #3), hung jury as to defendant Christopher Giese (Question #1), court reserves on entering judgment.

Further briefing on jury's verdict: defendants have 21 days to file initial brief; plaintiff may request counsel.

**PLAINTIFF(S) WITNESS**

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**

1. ________ GRANTED ☐ DENIED ☐ U/A ☐
2. ________ GRANTED ☐ DENIED ☐ U/A ☐
3. ________ GRANTED ☐ DENIED ☐ U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**

1. ________ GRANTED ☐ DENIED ☐ U/A ☐
2. ________ GRANTED ☐ DENIED ☐ U/A ☐
3. ________ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK 9:32 AM RESUME 11:36 AM 2ND BREAK 11:40 AM RESUME 12:33 PM

3RD BREAK 12:44 PM RESUME 1:10 PM 4TH BREAK ________ RESUME ________

ADJOURNMENT 1:27 PM