IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL CODER,

Plaintiff,

v.

Case No. 21-cv-109-wmc

SAUK COUNTY JAIL, DEPUTY PAPARA, and DEPUTY ZIBELL,

Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sauk County Jail and Deputy Papara dismissing plaintiff Michael Coder's claims against them.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Deputy Zibell against plaintiff Michael Coder in accordance with the jury's verdict.

Approved as to form this 5th day of May, 2025.

William M. Conley
District Judge

V. Olmo, Deputy Clark

~~Joel Turner~~
~~Clerk of Court~~

5/6/25
Date